COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUC UONG and TONY NGUYEN, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION, a Delaware corporation; BRETT ROBINSON, an individual residing in the State of California, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 8:18-cv 02169- MWF (JCx)<br><br>**ORDER DISMISSING ENTIRE ACTION**<br><br><br>Complaint filed: July 11, 2018<br>Removed: December 7, 2018<br>Trial date: None set |

COHELAN KHOURY & SINGER
605 C Street, Suite 200
San Diego, CA 92101

1   The Court having considered the Parties Joint Stipulation for Order Dismissing
2   Entire Action, and for GOOD CAUSE having been shown, HEREBY ORDERS as
3   follows:

4   1.   The individual claims of Plaintiff Duc Uong against Defendant Bank of
5   America, National Association are hereby dismissed in their entirety with prejudice
6   pursuant to Fed. R. Civ. P. 41(a)(1) and (2).

7   2.   The individual claims of Plaintiff Duc Uong against Defendant Brett
8   Robinson are hereby dismissed in their entirety with prejudice pursuant to Fed. R.
9   Civ. P. 41(a)(1) and (2).

10  3.   The individual claims of Plaintiff Tony Nguyen against Defendant Bank
11  of America, National Association are hereby dismissed in their entirety with prejudice
12  pursuant to Fed. R. Civ. P. 41(a)(1) and (2).

13  4.   The individual claims of Plaintiff Tony Nguyen against Defendant Brett
14  Robinson are hereby dismissed in their entirety with prejudice pursuant to Fed. R.
15  Civ. P. 41(a)(1) and (2).

16  5.   The putative class claims against Defendants Bank of America, National
17  Association and Brett Robinson are hereby dismissed in their entirety without
18  prejudice pursuant to Fed. R. Civ. P. 41(a)(1) and (2). A class has not been certified
19  and no notice was sent to a prospective class.

20  6.   Each party shall bear his/her/its own costs and attorneys' fees.
21  IT IS SO ORDERED.

23  Dated: March 22, 2019

                                        Hon. Michael W. Fitzgerald
                                        United States District Court